UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTH EAST COLOR, INC. | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:16-0877 |
| | ) | Judge Campbell/Knowles |
| BASF CORPORATION | ) | |

**O R D E R**

The Initial Case Management Conference previously set for July 11, 2016, at 10:30 a.m., is hereby rescheduled for **July 27, 2016, at 10:30 a.m.** before the undersigned in courtroom 661, United States Courthouse, Nashvill, Tennessee. A joint proposed case management order shall be filed three (3) days prior to the conference.

Counsel for the plaintiff shall serve this Order on any party who has not made an appearance in this case.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge